# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANMEET SINGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00680-SAB<br><br>ORDER RE: STIPULATION FOR TEMPORARY ABEYANCE<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 3, 7) |

　　　　Plaintiff Hanmeet Singh initiated this immigration action against Defendants United States Department of Homeland Security, U.S. Citizenship and Immigration Services, Alejandro Mayorkas, Ur Mendoza Jaddou, Ted H. Kim, and Emilia Bardini (collectively, "Defendants") on May 3, 2023, claiming that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending asylum application. (ECF No. 1.) An initial scheduling conference is currently scheduled for August 15, 2023. (ECF No. 3.) Defendants were served on May 22, 2023, and have not yet responded to the complaint. (See ECF No. 6.)

　　　　On June 9, 2023, the parties filed a stipulated request to hold the instant matter in temporary abeyance until October 5, 2023. (ECF No. 7.) They proffer USCIS has scheduling Plaintiff's asylum interview for September 5, 2023, and the parties anticipate that this lawsuit will

1

be rendered moot upon the successful completion of the interview. Therefore, the parties request a temporary abeyance of this matter and that all filing and case management deadlines be vacated at this time. They propose that, on or before October 5, 2023, they may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. The Court finds good cause exists to grant the parties' request for a temporary abeyance of all filing and other case management deadlines through the requested date; however, it shall continue rather than vacate the pending scheduling conference.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. The parties' stipulated request for a temporary abeyance (ECF No. 7) is GRANTED, as follows:
2. All filing and case management deadlines—including the deadline for Defendants to respond to the complaint—are stayed until October 5, 2023;
3. The parties shall file a status report as to the underlying USCIS matter **no later than October 5, 2023;**
4. The scheduling conference set for August 15, 2023, is CONTINUED to **December 5, 2023, at 2:00 p.m., in Courtroom 9;** and
5. The parties shall file a joint scheduling conference statement **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **June 9, 2023**

_____
UNITED STATES MAGISTRATE JUDGE